# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                         CASE NO. 24-6201-BGS

RODNEY DEPAUL CARROLL,

    Defendant.

# CRIMINAL COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES**
**[18 U.S.C. § 111]**

On or about August 2, 2024, in the District of Kansas, the defendant,

**RODNEY DEPAUL CARROLL,**

forcibly assaulted, resisted, opposed, impeded, or interfered with a person designated in section 1114 of Title 18, to wit: J.L., an officer with the Veteran's Administration Police Department, while that person was engaged in or on account of the performance of official duties, and where such acts involved physical contact with that person.

In violation of Title 18, United States Code, Section 111.

1

_____
OFFICER JESSICA LA VALLEY
V.A. Police Department

Sworn to before me and subscribed via Zoom hearing this 2nd day of August, 2024, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, **RODNEY DEPAUL CARROLL**, committed the offense set forth in this Complaint.

_____
HONORABLE BROOKS G. SEVERSON
United States Magistrate Judge

## PENALTIES

### Counts 1: 18 U.S.C. § 111

- Punishable by a term of imprisonment of not more than eight (8) years. 18 U.S.C. § 111 (a).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).