# A F F I D A V I T

I, United States Veteran's Administration Officer J. La Valley, of lawful age and being first duly sworn on oath state:

This incident, documented under U.S. Department of Veterans Affairs Police Department, 589A72400334 occurred on August 2, 2024, in Sedgwick County, Wichita, Kansas. After reviewing officer's reports your Affiant has learned the following information:

Veterans Affairs Officer J. La Valley, #3847, (affiant) responded to a call from a staff member requesting law enforcement assistance with a male individual who appeared in need of assistance in front of Building one (1) of the Robert J. Dole V.A. Medical Center. The suspect, an unknown W/M, was sitting on the sidewalk with the employee when VA Office La Valley arrived.

The VA employee asked the unknown male questions that revealed he was not a Veteran, he knew the current date, time, and president. When asked the unknown male said he needed medical assistance for his ears. The unknown male was escorted to the Emergency Department by two staff members and VA Officer La Valley. Once at the Emergency Department medical staff attempted to assist the male but he refused to answer many of the medical related questions. The unknown male was asked several times for identification information to include his name, date of birth. The male gave several different variations of his name and date of birth to medical staff and one address in Wichita, KS. The unknown male's possible names and dates of birth were given to Police Services dispatch and checked via the National Crime Institution Center (NCIC) database. None of the information provided by the unknown male were located by dispatch through NCIC.

While attempting to assist medical staff in identifying the unknown male individual, VA Officer La Valley looked up the address given by the male and asked him if his name was that of the most recent listed tenant at that location per online sources. At that time the unknown male started yelling and swearing vulgarities at Officer La Valley. Officer La Valley exited the room and a few minutes later a male nurse entered the room and attempted to speak and treat the unknown male. The male then abruptly and aggressively jumped off the bed and lunged at the nurse with his fist reared back in what appeared to be an attempt to punch the male nurse. VA Officer La Valley stepped between the male nurse and the unknown male and instructed the male to sit down on the bed.

The male nurse continued to ask the unknown male how he could help him and the unknown male became more aggressive and agitated threatening to punch the male nurse. VA Officer La Valley and Lieutenant K. Green intervened as the unknown male once again lunged off the bed and at the male nurse. After being told that behavior was not acceptable the unknown male threatened to punch Lieutenant Green.

Medical staff then advised that the male was free to go and there was nothing further they could do for him as they had checked his ears as he requested and did not find anything concerning or unordinary from a medical standpoint. The unknown male was advised he was free to go but refused. He continued to yell very loudly and make threats of bodily harm toward those present in the room.

At approximately 1102 hours, Lieutenant Green and I attempted to detain the individual as he resisted. VA Officer La Valley advised VA Police Dispatch at 1105 hours to contact Wichita Police Department to respond to assist in removing the unknown male from property.

As the male individual was being escorted while handcuffed out of the north ambulance bay doors, the male continued to attempt to resist by going limp requiring Lieutenant Green and I to carry him out of the building. We stopped to the west of the doors and faced him toward the building, pressing his body to the building for control measures. The unknown male kept moving his shoulders and upper body from side to side in an attempt to get Officers to stop touching him. Sergeant M. Wall went to retrieve a patrol unit to transport the unknown male to Police Operations. While waiting on the unit to come, the male started kicking aggressively with his right foot at affiant, VA Officer La Valley's left knee, striking her multiple times in the knee and knee area, causing bodily contact with affiant.

The male was transported to Police Operations and put in the holding cell while waiting for Wichita Police Department to arrive with a mobile fingerprint scanner to identify the unknown male. Wichita Police Officer Tran #2432 arrived and digitally fingerprinted the unknown male. The male was then identified as Rodney DePaul Carroll, DOB XX/XX/XXXX, SSN XXX-XX-XXXX.

At approximately 1252 hours, Carroll was transported by WPD Officer Tran to the Sedgwick County Jail where he was booked in for Assault and Battery on a uniformed Police Officer.

FURTHER AFFIANT SAITH NAUGHT.

OFFICER JESSICA LA VALLEY
V.A. POLICE DEPARTMENT
AFFIANT

SUBSCRIBED AND SWORN before me by reliable electronic means on this 2nd day of August, 2024.

HONORABLE BROOKS SEVERSON
United States Magistrate Judge